# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERT SOWELL, | : |
| Plaintiff, | : Case No. 2:18-CV-1561 |
| v. | : JUDGE ALGENON L. MARBLEY |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Jolson |
| Defendant. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's December 31, 2018, **Report and Recommendation** (ECF No. 4). The Magistrate's R&R recommended that Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* be denied.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 4 at 2–3). The parties have failed to file any objections, and the deadline for objections (January 14, 2019) has passed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* is **DENIED.**

    **IT IS SO ORDERED.**

                                             s/ Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT JUDGE**

**DATED: May 24 2019**